IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pinnacle Amusement, LLC        :
                                 :
        v.                :   Nos. 609 – 612 C.D. 2022
                                 :
Bureau of Liquor Control       :
Enforcement,                :
               Appellant    :

# **O R D E R**

AND NOW, this 24th day of July, 2023, page 4 of the Opinion and Order filed on July 6, 2023, in the above matter is corrected to read:

III. Analysis

_____
LORI A. DUMAS, Judge